IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| In the Matter of the Marriage of: | ) | |
| | ) | No. 40604-1-III |
| JARED EDGAR BARBER, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| and | ) | UNPUBLISHED OPINION |
| | ) | |
| MINDY TANIMOTO (FKA BARBER), | ) | |
| | ) | |
| Appellant. | ) | |

COONEY, J. — Mindy Tanimoto (formerly Barber) obtained a protection order against her former husband, Jared Barber. Mr. Barber later petitioned for a protection order against Ms. Tanimoto. Mr. Barber's petition was granted following a hearing before a superior court commissioner. Ms. Tanimoto appeals the commissioner's order, arguing the commissioner's findings were insufficient to support the issuance of a protection order.

No. 40604-1-III
*In re Marriage of Barber*


Fatal to Ms. Tanimoto's appeal is this court's inability to review the commissioner's order. The order of a commissioner becomes the order of the superior court when a demand for revision is not made within 10 days from the entry of the commissioner's order. RCW 2.24.050. Here, Ms. Tanimoto filed a motion to revise the commissioner's order prior to filing her notice of appeal. *See* Notice of Appeal, *Barber v. Tanimoto*, No. 40742-0-III (Oct. 3, 2024). A superior court judge later denied revision. *Id.* Consequently, the order of the judge is subject to appellate review, not the order of the commissioner.

Because Ms. Tanimoto presents a claim that is not properly before us, we dismiss her appeal.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

Cooney, J.

WE CONCUR:

Fearing, J.

Lawrence-Berrey, C.J.

2